# AFFIDAVIT

I, Amber Bernard, being duly sworn, do hereby depose and say:

1. I am a Special Agent with the Drug Enforcement Administration (DEA) since August 2017. I am currently assigned to the Phoenix Field Division Tucson District Office, in Tucson, Arizona (AZ) as a member of Strike Force.

2. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

3. In September 2017, I attended 19 weeks at the Basic Agent Training Program at the DEA Justice Training Center in Quantico, Virginia. While attending Basic Agent Training, I received instruction on topics including narcotics identification, surveillance techniques, and methods of operation of narcotics traffickers, undercover operations and current trends/patterns involving the distribution of narcotics. Uniform Controlled Substance Act violations, clandestine laboratory investigation, indoor/outdoor production of marijuana, asset forfeiture, smuggling techniques, interdiction operations and financial investigations were all or part of the curriculum.

4. Prior to employment with the DEA, I was employed as an Investigator with the Escambia County Sheriff's Office (ECSO) located in Pensacola, Florida for 8 years. While employed with the ECSO, your Affiant was assigned to Narcotics for 6 years and Robbery/Homicide for 2 years. Prior to employment with the ECSO, I obtained a Bachelor's of Arts degree in Criminal Justice at the University of West Florida in 2007.

5. During my law enforcement career, I have been involved in over one thousand narcotics related arrests, including but not limited to: drug conspiracies, distribution/deliveries, and possession. I have interviewed or have been present during the interview of hundreds of subjects who have been involved in the use and/or sales of controlled substances. I have become familiar with the manner in which controlled substances are packaged, marketed, and consumed. I have become familiar with the ordinary meaning of controlled substance slang and jargon, and I am familiar with the practices and techniques of narcotics traffickers. I have participated in the service of over one hundred search warrants involving controlled substances, possession of controlled substances, and possession of controlled substances for sale. I have conducted surveillance on numerous occasions where I have observed controlled substances being sold to informants or undercover police officers.

6. In the course of these investigations, I have conducted thorough background checks of targets, conducted physical surveillance, and executed arrest warrants. I have assisted in the interrogations and interviews of numerous subjects/defendants involved in drug and narcotics violations. I also have participated in several joint interagency federal and state investigations. Through my training and experience, including on-the-job discussions

with other law enforcement agents and cooperating suspects, I am familiar with the activities of drug smugglers and drug trafficking distribution networks. I have become familiar with the manner in which narcotics traffickers smuggle, package, transport, store, and distribute narcotics as well as how they collect and launder drug proceeds. I am also familiar with the manner in which narcotics traffickers use telephones, cellular telephone technology, internet, pagers, coded communications, and slang filled conversations, false and fictitious identities and other means to facilitate their illegal activities and mislead law enforcement investigations. During the conduct of my official duties, I have assisted other law enforcement officers in preparation of various search warrants, arrest warrants and criminal complaints.

7. This is a joint investigation being conducted by DEA, the Federal Bureau of Investigation (FBI), Homeland Security Investigations (HSI), United States Postal Service (USPS), and Internal Revenue Service (IRS), and the facts supporting this affidavit are based on my personal knowledge, information received from other law enforcement officials assisting in the investigation, and information provided by financial institutions and/or retail stores.

8. This affidavit is made in support of applications for seizure warrants based on probable cause to seize forfeitable assets believed to have been involved in or are the proceeds of violations of Title 18, United States Code, Section 1956, and Title 21, United States Code Sections 841 and 846,. These assets are forfeitable pursuant to Title 18, United States Code, Sections 981 and 982; Title 21, United States Code, Section 853 and 881; and Title 28, United States Code, Section 2461(c). These assets are subject to seizure pursuant to Title 18, United States Code, Section 981(b) and Title 21, United States Code, Section 853(f).

- S-1) 2016 Chevrolet Silverado Pickup Truck, VIN: 3GCUKSEC2GG334675, Arizona license plate CVT9315; hereinafter referred to as Chevrolet Silverado

- S-2) 2016 Jeep Renegade: VIN: ZACCJAAW1GPE34466; Arizona license plate CAC7577; hereinafter referred to as Jeep Renegade

- S-3) 2008 Jeep Liberty: VIN: 1J8GP58K28W252203; Arizona license plate 7VA7BSA; hereinafter referred to as Jeep Liberty

## Synopsis of Investigation

**Relationships**

9. **Rene POMPA-Villa** aka "Patna" was identified as a heroin and fentanyl Source of Supply (SOS) in a DEA Tucson District Office Strike Force (TDO-SF) investigation who was responsible for shipping several parcels containing concealed narcotics through the United States Postal Service (USPS) to Anchorage, Alaska, San Diego, California, and Brooklyn, New York. TDO-SF agents have been working in conjunction with DEA and USPS in these respective areas, who have confirmed through their investigations, along with

*Seizure Warrant Affidavit* 2

cooperating defendants, that **R. POMPA-Villa** is a large scale distributor of heroin and fentanyl. **R. POMPA-Villa** also facilitated the use of illegal drug proceeds provided by facilitators into his bank accounts as well as utilizing a secondary residence identified in Sahuarita, AZ that received illegal drug proceeds via USPS. Furthermore, through court ordered geo location data and numerous hours of surveillance, TDO-SF agents identified **R. POMPA-Villa** residing at 7996 S. Dolphin Way, Tucson, AZ and utilizing a black 2016 Chevrolet Silverado.

10. Heydimar **CARRION-Marrero** is **R. POMPA-Villa's** common law wife, who is also responsible for shipping parcels containing heroin to Brooklyn, NYC on behalf of **R. POMPA-Villa**. In turn, **CARRION-Marrero** assisted **R. POMPA-Villa** in the facilitation of depositing the illegal drug proceeds received into US based bank accounts, as well as, a Mexican bank account. Furthermore, **CARRION-Marrero** has been identified as the homeowner of 7996 S. Dolphin Way, and the registered owner of the 2016 Chevrolet Silverado, 2008 Jeep Liberty, and the 2016 Jeep Renegade.

11. Christopher **POMPA-Villa** is the brother of **R. POMPA-Villa**, who is also responsible for shipping parcels containing from Las Vegas, Nevada to Anchorage, AK on behalf of **R. POMPA-Villa**.

12. Devon BACICA-POMPA is the son of **R. POMPA-Villa**, who was responsible for receiving illegal drug proceeds through the mail via USPS and FedEx on behalf of **R. POMPA-Villa.**

**Drugs**

13. From June 2019 to November 2019, Alaskan law enforcement officials intercepted four parcels containing narcotics, with an origin address in Tucson, Arizona. The first parcel was intercepted on June 25, 2019, and contained approximately 878 grams of methamphetamine. The second parcel was intercepted on August 8, 2019, and contained approximately 385 grams of heroin. The third parcel was intercepted on August 12, 2019, and contained approximately 28 grams of heroin. The fourth parcel was intercepted on November 20, 2019, and contained approximately 165 grams of heroin. Upon further inspection of these parcels, it was apparent that this DTO used the same concealment method on each occasion. This method included using a basic folder, carbon paper, and vacuum-sealed bags to conceal the narcotics.

14. On December 9, 2019, DEA Anchorage agents intercepted a parcel that had been shipped by **C. POMPA-Villa** from Las Vegas, Nevada to Kyle REDPATH in Anchorage, AK. Agents obtained a federal search warrant, and once opened the parcel contained approximately 370 grams of heroin which was concealed in a clear Ziploc baggie wrapped in carbon paper. Upon identifying the contents, DEA Anchorage agents prepared for a controlled delivery of this parcel to REDPATH, where he was later arrested. REDPATH cooperated with DEA Anchorage agents, and in doing so, participated in a controlled phone call from "Patna"

where he had REDPATH verify the heroin was receive by sending "Patna" a photograph of the heroin with the weight.

15. On December 10, 2019, TDO-SF agents conducted surveillance on **C. POMPA-Villa** and **R. POMPA-Villa** in Tucson, AZ, where they were observed arriving and a USPS store. Through video surveillance obtained from this location, **R. POMPA-Villa** was captured mailing a parcel to Detroit, Michigan, an address in which agents had already identified that this DTO had previously shipped too. With the assistance of USPS Inspectors (USPSI), the parcel was intercepted and a federal search warrant was obtained. Upon opening the parcel, approximately 159 grams of heroin was concealed inside a vacuum sealed bag covered in carbon paper, and in a folder.

16. On February 3, 2020, Brooklyn, New York, USPSI identified a suspicious parcel being mailed from Tucson, AZ to "J. Martinez." Based upon Brooklyn USPSI's interaction with Tucson USPSI's, this address had also been previously identified as being associated with this DTO. The parcel was intercepted and a federal search warrant was obtained. Upon opening the parcel, approximately 1 kilogram of heroin was located inside concealed in a vacuum sealed bag. Agents obtained video surveillance from a Postal Self-Service Kiosk (SSK) which identified **R. POMPA-Villa** mailing the parcel. Furthermore, agents received an administrative subpoena for the IP address that was checking the shipping status, and learned the IP came back matching the device belonging to **R. POMPA-Villa.**

17. On March 20, 2020, Brooklyn USPSI identified another suspicious parcel mailed from Tucson, AZ destined for New York City. Once more, Brooklyn USPSI identified the intended recipient address as one associated to the DTO based off of information exchanged by Tucson USPSI's, which was the permanent residential address for "J. Martinez." Brooklyn USPSI intercepted the parcel and obtained a federal search warrant. Upon the parcel being opened, approximately 1 kilogram of fentanyl was concealed inside. Agents obtained video surveillance from a Tucson SSK, which identified the shipper as **CARRION-Marrero.**

18. On May 29, 2020, DEA Anchorage agents intercepted a parcel that had been sent via FedEx from San Diego, CA, but contained a return address of "Victor Villa, 449 Siquerio, Apt. A, Nogales, AZ. The shipper also listed a phone number on the parcel, which agents had previously identified as belonging to **R. POMPA-Villa**. Upon the parcel being seized and a federal search warrant obtained, approximately 240 grams of heroin was concealed inside a vacuum sealed bag, wrapped in carbon paper, and placed into an envelope. Later on this same date, TDO-SF agents received a license plate reader (LPR) notification that the 2016 Jeep Renegade crossed eastbound from Campo Border Patrol Checkpoint headed back towards Tucson, AZ. Agents believe **R. POMPA-Villa** utilized this vehicle to travel to San Diego in order to ship the parcel.

19. On March 16, 2021, in the United States District Court for the District of Alaska, indictments were secured for all co-conspirators in San Diego, Brooklyn, and Anchorage. Also included in the indictment were Tucson based targets, **R. POMPA-Villa**, **C. POMPA-Villa** and **CARRION-Marrero**.

20. On March 30, 2021, United States Magistrate Judge Bruce G. Macdonald issued a search warrant under warrant number 21-01483MB for the following properties pertaining to R. **POMPA-Villa** and **CARRION-Marrero** and their drug smuggling/trafficking and money laundering activities:

    a. 7996 S. Dolphin Way, Tucson, Arizona

21. On April 7, 2021, DEA, HSI, and FBI agents participated in the service of the search warrant at 7996 S. Dolphin Way. Present at the time of the search warrant was **CARRION-Marrero**, **R. POMPA-Villa**, and **R.POMPA-Villa's** son, Devon **BACICA-POMPA**. Furthermore, the 2016 Jeep Renegade and 2008 Jeep Liberty were parked inside the garage of the residence. Agents seized approximately $35,000 in US currency, a money counter, miscellaneous documents concerning multiple aliases used by **R. POMPA-Villa**, a wire transfer in the amount of $11,500 from a Wells Fargo bank account in **R.POMPA-Villa's** alias for the purchase of the 2016 Chevrolet Silverado, 2019 and 2020 tax returns for **CARRION-Marrero**, and a bill of sale from 4/2019 for the purchase of 7996 S. Dolphin Way and the agreement/receipts by **CARRION-Marrero** paid $49,000 cash for the down payment.

22. Following the search warrant, agents conducted Post Miranda interviews with the following individuals, BACICA-Pompa, **R. POMPA-Villa**, **C. POMPA-Villa**, and **CARRION-Marrero**.

23. During an interview with BACICA-Pompa, he stated to agents that he has been living at the residence of 7996 S. Dolphin Way for the last several months with his dad, **R. POMPA-Villa** and C**ARRION-Marrero**. BACICA-Pompa stated that **R. POMPA-Villa** was in the country illegally and that he was a drug dealer, primarily distributing heroin. Around October 2020, the time BACICA-Pompa moved in, **R. POMPA-Villa** began to involve him in the financial component of the drug smuggling/trafficking and money laundering activities. Specifically, **R. POMPA-Villa** rented a UPS Store mailbox in BACICA-Pompa's name. **R. POMPA-Villa** explained to him that people would be sending money to the P.O. Box and the money was for drugs **R. POMPA-Villa** distributed. BACICA-Pompa further stated, that **R. POMPA-Villa** would often drive him to the UPS store to retrieve these money parcels, and would either drive BACICA-Pompa in the 2016 Jeep Renegade or the 2008 Jeep Liberty. BACICA-Pompa recalled picking up numerous parcels from the UPS store and recalls most of the parcels were addressed from senders from Alaska. Approximately five times a week, **R. POMPA-Villa** would drive BACICA-Pompa to an ATM, and direct him to withdrawal $800 each time, the maximum ATM withdrawal amount. BACICA-Pompa stated that he knew the money he was withdrawing was from narcotics proceeds, which was told to him by **R. POMPA-Villa.** Furthermore, BACICA-Pompa stated during these trips to the ATM, **R. POMPA-Villa** would drive them in the 2016 Jeep Renegade, the 2008 Jeep Liberty, and the 2016 Chevrolet Silverado. BACICA-Pompa told agents that the residence of 7996 S. Dolphin Way was owned by **CARRION-Marrero**. Lastly, BACICA-Pompa stated that **R. POMPA-Villa** hasn't had any appreciable income other than a short period of time working for the food delivery service "GrubHub," which was in **CARRION-Marrero's** name. Agents were able to corroborate that information through surveillance conducted during this investigation.

24. During a Post Miranda interview with **R. POMPA-Villa**, he admitted to agents that he did ship quantities of methamphetamine and black tar heroin through the mail system. Agents asked **R. POMPA-Villa** regarding the use of the vehicles when picking up illegal drug proceeds and to mail narcotics, **R. POMPA-Villa** initially stated that he didn't use any of those vehicles, but then responded, "maybe."

25. During a Post Miranda interview with **CARRION-Marrero**, she stated admitted to traveling to Mexico in order to deposit US currency into a Mexican bank account on behalf of **R. POMPA-Villa** and other members of the DTO. In doing so, **CARRION-Marrero** clearly transferred monetary funds from within the US to Mexico with the intent to promote the carrying of narcotics trafficking on behalf **R. POMPA-Villa**, knowing that the US currency represented illegal drug proceeds. **CARRION-Marrero** further admitted knowledge to the narcotics operation, and also admitted to the shipping of a parcel. However, during the interview, **CARRION-Marrero** attempted to minimize her knowledge and involvement.

**Assets (i.e., real property, vehicles, LLC(s))**

26. My investigation has revealed that **CARRION-Marrero** and **R. POMPA-Villa** have wealth that cannot be accounted for from legitimate sources, and that there is probable cause to believe it is the illicit proceeds of the drug activities. Furthermore, as **R. POMPA-Villa** has clearly exhibited the leadership role within this DTO, all assets, to include vehicles operated by **R. POMPA-**Villa and the residence where he resides, were all placed under the ownership of **CARRION-Marrero.** Based off of this information, it is believed **R. POMPA-**Villa used this method to conceal or disguise the ownership and/or the control of the assets purchased by these illegal drug proceeds. This investigation has identified the following assets owned or in control of **CARRION-Marrero** and **R. POMPA-Villa**.

Vehicles:

| Year/Make/Model | Registered Owner | Value (FP&F/NADA) | Purchase/Title Date |
|---|---|---|---|
| 2016 Chevrolet Pickup Truck | **CARRION-Marrero** | TBD | 04/07/2020 |
| 2016 Jeep Renegade | **CARRION-Marrero** | TBD | 01/28/2021 |
| 2008 Jeep Liberty | **CARRION-Marrero** | TBD | 09/20/2020 |

Cause of Seizure:

Vehicles:

  S-1) 2016 Chevrolet Silverado Pickup Truck, VIN: 3GCUKSEC2GG334675, Arizona license plate CVT9315. **CARRION-Marrero** is the registered owner of this

vehicle and the purchase/title date is listed as April 7, 2020. I have observed this vehicle in the driveway of 7996 S. Dolphin Way, Tucson, AZ.



Stock Photo

S-2) 2016 Jeep Renegade: VIN: ZACCJAAW1GPE34466, Arizona license plate CAC7577. **CARRION-Marrero** is the registered owner of this vehicle and the purchase/title date is listed as January 28, 2021. I have observed this vehicle in the driveway of 7996 S. Dolphin Way, Tucson, AZ.



Stock Photo

S-3) 2008 Jeep Liberty: VIN #:1J8GP58K28W252203; Arizona license plate 7VA7BSA. **CARRION-Marrero** is the registered owner of this vehicle and the purchase/title date is listed as September 20, 2020. I have observed this vehicle in the driveway of 7996 S. Dolphin Way, Tucson, AZ.

21-00214MB



Stock Photo

27. An order under Title 21, United States Code, Section 853(e) may not be sufficient to ensure the availability of the properties for forfeiture because there is reason to believe that the properties are in the custody of the owner and/or financial institution, which custodian cannot reasonably be relied on to abide by an order to maintain the property in substantially the same condition as it is at the present time in order that it will be available for forfeiture because of the close proximity to the Mexican border and because despite orders pursuant to Section 853(e), financial institutions have released funds.

28. Based on the facts and circumstances stated above, your affiant asserts that there is probable cause to believe that the above-listed assets are forfeitable pursuant to Title 18, United States Code Sections 981 and 982; Title 21, United States Code, Section 853 and 881; Title 28, United States Code, Section 2461(c), and thus subject to seizure pursuant to Title 18, United States Code, Section 981(b) and Title 21, United States Code, Section 853(f).

I swear, under penalty of perjury, that the foregoing is true and correct.

Amber Bernard
DEA Special Agent

Subscribed and sworn before me this __11th__ day of May, 2021

Eric J. Markovich
United States Magistrate Judge

*Seizure Warrant Affidavit*                8